**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| WILLIE LEE WALLACE,           ) | |
| )                              | |
| Plaintiff,           )         | CIVIL ACTION FILE |
| )                              | NO.:  4:14-CV-00142-CDL |
| v.           )                 | |
| )                              | |
| WILEY SANDERS TRUCK LINES,           ) | |
| INC. and NEW HAMPSHIRE INS. CO.,           ) | |
| )                              | |
| Defendants.           )        | |
| )                              | |

# <u>NOTICE OF APPEAL</u>

Notice is given that Wiley Sanders Truck Lines, Inc. and New Hampshire Ins. Co., Defendants in the above named case, appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on January 25, 2016, which denied Defendants' Motion for New Trial relating to the final judgment entered on September 21, 2015.

This <u>24th</u> day of February, 2016.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ R.Scott Masterson*
R. SCOTT MASTERSON
Georgia Bar No.:  476356
FRANKLIN P. BRANNEN, JR.
Georgia Bar No.: 076432
LEE GUTSCHENRITTER
Georgia Bar No.: 831583

1180 Peachtree Street NE
Suite 2900
Atlanta, Georgia  30309
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
scott.masterson@lewisbrisbois.com
frank.brannen@lewisbrisbois.com
lee.gutschenritter@lewisbrisbois.com

Counsel for Defendants
*Wiley Sanders Truck Lines, Inc.* and
*New Hampshire Ins. Co.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Appeal** upon all parties to this matter using the CM/ECF system which will automatically send e-mail notification or other sufficient notice of such filing to the following attorneys of record:

Jesse G. Bowles III
Bowles & Bowles
P.O. Drawer 99
Cuthbert, GA 39840

Ben Phillips, Esq.
Brian M. Worstell, Esq.
Phillips & Branch
P.O. Box 2808
Columbus, GA 31902

This 24th day of February, 2016.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | */s/ R. Scott Masterson* |
| 1180 Peachtree Street NE | R. SCOTT MASTERSON |
| Suite 2900 | Georgia Bar No.: 476356 |
| Atlanta, Georgia  30309 | FRANKLIN P. BRANNEN, JR. |
| 404.348.8585 (Telephone) | Georgia Bar No.: 076432 |
| 404.467.8845 (Facsimile) | LEE GUTSCHENRITTER |
| scott.masterson@lewisbrisbois.com | Georgia Bar No.: 831583 |
| frank.brannen@lewisbrisbois.com | Counsel for Defendants |
| lee.gutschenritter@lewisbrisbois.com | *Wiley Sanders Truck Lines, Inc.* and *New Hampshire Ins. Co.* |