# IN THE UNITED STATES COURT OF APPEALS
# ELEVENTH CIRCUIT

| | |
|---|---|
| WILEY SANDERS TRUCK LINES, ) <br> INC. and NEW HAMPSHIRE INS. ) <br> CO., ) <br> ) <br>     Appellants/Defendants, ) <br> ) <br> v. ) <br> ) <br> WILLIE LEE WALLACE ) <br> ) <br>     Appellee/Plaintiff. ) <br> ) | DOCKET NO.: 16-10821-FF |

## **CONSENT MOTION TO DISMISS**

COME NOW Appellants/Defendants Wiley Sanders Truck Lines, Inc. and New Hampshire Ins. Co., and in accordance with Fed. R. App. P. 42(b) and 11th Cir. R. 42-1(a), file their Consent Motion to Dismiss after reaching a confidential settlement with Appellee/Plaintiff, showing this Court the following:

1. The dismissal pertains to all parties and claims on appeal;

2. The dismissal is with prejudice;

3. The parties will each bear their own costs; and

4. All parties have consented to the dismissal.

This 15th day of March, 2016.

                                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

|  |  |
|---|---|
|  | */s/ Franklin P. Brannen, Jr.* |
|  | R. SCOTT MASTERSON |
| 1180 Peachtree Street NE | Georgia Bar No.:  476356 |
| Suite 2900 | FRANKLIN P. BRANNEN, JR. |
| Atlanta, Georgia  30309 | Georgia Bar No.: 076432 |
| 404.348.8585 (Telephone) | LEE GUTSCHENRITTER |
| 404.467.8845 (Facsimile) | Georgia Bar No.: 831583 |
| scott.masterson@lewisbrisbois.com | Counsel for Appellants/Defendants |
| frank.brannen@lewisbrisbois.com | *Wiley Sanders Truck Lines, Inc.* and |
| lee.gutschenritter@lewisbrisbois.com | *New Hampshire Ins. Co.* |

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing Appellants/Defendants' **Consent Motion to Dismiss** upon all parties to this matter using the CM/ECF system which will automatically send e-mail notification or other sufficient notice of such filing to the following attorneys of record:

>Jesse G. Bowles III
>Bowles & Bowles
>P.O. Drawer 99
>Cuthbert, GA 39840

>Ben Phillips, Esq.
>Brian M. Worstell, Esq.
>Phillips & Branch
>P.O. Box 2808
>Columbus, GA 31902

This <u>15th</u> day of March, 2016.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | */s/ Franklin P. Brannen, Jr.* |
| 1180 Peachtree Street NE | R. SCOTT MASTERSON |
| Suite 2900 | Georgia Bar No.: 476356 |
| Atlanta, Georgia 30309 | FRANKLIN P. BRANNEN, JR. |
| 404.348.8585 (Telephone) | Georgia Bar No.: 076432 |
| 404.467.8845 (Facsimile) | LEE GUTSCHENRITTER |
| scott.masterson@lewisbrisbois.com | Georgia Bar No.: 831583 |
| frank.brannen@lewisbrisbois.com | Counsel for Appellants/Defendants |
| lee.gutschenritter@lewisbrisbois.com | *Wiley Sanders Truck Lines, Inc.* and *New Hampshire Ins. Co.* |